UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:18-bk-05027-MSW
Chapter 7

Toby William Vanlandschoot

    Debtor.
_____/

## CHAPTER 7 TRUSTEE'S NOTICE OF ABANDONMENT

**TO: Creditors, Debtor(s) and Parties In Interest**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

    Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

    If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602-3899 and serve a copy on Carolyn R. Chaney, Chapter 7 Trustee, Post Office Box 530248, St. Petersburg, FL 33747, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

    Pursuant to Section 554(a) and F.R.B.P. 6007, Notice is hereby given of the abandonment of the following property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate:

1) 2018 Audi Q5 VIN: #WA1ANAFY2J2003233
2) 2014 BMW X5 VIN: #5UXKR2C58E0H34203.

DATED: December 20, 2018.      /s/Carolyn R. Chaney, Trustee
    Post Office Box 530248
    St. Petersburg, FL 33747-0248
    Telephone: (727) 864-9851
    Email: carolyn.chaney@earthlink.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Trustee's Notice of Abandonment has been provided by electronic or U.S. Mail delivery on December 20, 2018, to:

Office of U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV

Debtor: Toby William VanLandschoot, 5205 Osprey Ridge Drive, Lithia, FL 33547

Attorney for Debtor: Jake C. Blanchard, Esquire, 1501 S. Belcher Rd. Unit 2B, Largo, FL 33771; Email: jake@jakeblanchardlaw.com.

Attached Creditor Matrix.

/s/Carolyn R. Chaney, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:18-bk-05027-MGW<br>Middle District of Florida<br>Tampa<br>Thu Dec 20 12:56:54 EST 2018 | Ameris Bank<br>c/o Christian P. George, Esq.<br>50 North Laura Street<br>Suite 3100<br>Jacksonville, FL 32202-3659 | BK Global Real Estate Services<br>C/O Patrick Butler<br>1095 Broken Sound Parkway<br>Suite 100<br>Boca Raton, FL 33487-3503 |
| BMW Bank of North America, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | BMW Financial Services NA, LLC<br>c\o AIS portfolio Services, LP<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Michael A. Hess, P.A.<br>c/o Iurillo Law Group, P.A.<br>5628 Central Avenue<br>St. Petersburg, FL 33707-1718 |
| U.S. Bank National Association, as Trustee,<br>Shapiro, Fishman & Gach, LLP<br>C/O Lindsey Savastano<br>2424 North Federal Highway<br>Suite 360<br>Boca Raton, fl 33431-7701 | US Bank National Association<br>14841 Dallas Parkway, Ste 425<br>Dallas, TX 75254-8067 | UrbanCiti Realty<br>C/O Heena Khatri<br>4400 N Scottsdale Rd<br>Suite 9271<br>Scottsdale, AZ 85251-3331 |
| AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | Ameris Bank<br>1201 W Peachtree Street NW<br>Suite 3150<br>Atlanta, GA 30309-3470 |
| Ameris Bank<br>c/o Christian P. George, Esq.<br>Akerman LLP<br>50 N. Laura St., Suite 3100<br>Jacksonville, FL 32202-3659 | Ann VanLandschoot<br>5205 Osprey Ridge Drive<br>Lithia, FL 33547-4115 | Auroa Loan Services, LLC<br>PO Box 4000<br>Scottsbluff, NE 69363 |
| Aurora Loan Services, LLC<br>601 5th Ave<br>Stonewall, MS 39363 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | Bank of America<br>PO 15796<br>Wilmington, DE 19886-5796 |
| Bank of America<br>PO Box 660576<br>Dallas, TX 75266-0576 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Chase<br>PO Box 6026<br>Chicago, IL 60680-6026 | Chase Credit Card<br>PO Box 15123<br>Wilmington, DE 19850-5123 | Discover Student Loans<br>PO Box 6107<br>Carol Stream, IL 60197-6107 |
| Everbank c/o TIAA Bank<br>10 Waterview Blvd<br>2nd Floor<br>Parsippany, NJ 07054-1286 | Hess & VanLandschoot<br>Orthodontics, PL<br>11970 Boyette Road<br>Riverview, FL 33569-5601 | Lehman Brothers Bank, FSB<br>327 Inverness Drive South<br>Englewood, CO 80112-6012 |
| Michael A Hess<br>11970 Boyette Road<br>Riverview, FL 33569-5601 | Michael A Hess PA<br>11970 Boyette Road<br>Riverview, FL 33569-5601 | Michael A Hess, P.A.<br>11970 Boyette Road<br>Riverview, FL 33569-5601 |

| | | |
|---|---|---|
| Mr. Cooper Mortgage<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 | NAVIENT PC TRUST<br>C/O Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Navient Solutions, LLC<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1430 |
| Navient Student Loan<br>Attn: Bankruptcy<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | OrthoPros PLLC<br>423 Apollo Beach Blvd.<br>Apollo Beach, FL 33572-2281 | TV Orthodontics PC<br>5205 Osprey Ridge Drive<br>Lithia, FL 33547-4115 |
| Toby W. Vanlandschoot PA<br>5205 Osprey Ridge Drive<br>Lithia, FL 33547-4115 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Wells Fargo<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Carolyn R. Chaney<br>PO Box 530248<br>St. Petersburg, FL 33747-0248 | Jake C Blanchard<br>Blanchard Law, PA<br>1501 S. Belcher Rd. Unit 2B<br>Largo, FL 33771-4505 |
| Toby William VanLandschoot<br>5205 Osprey Ridge Drive<br>Lithia, FL 33547-4115 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW Financial Services<br>Regional Service Center<br>PO Box 3608<br>Dublin, OH 43016-0306 | Bank of America<br>Po Box 982234<br>El Paso, TX 79998-2234 | US Bank<br>PO Box 2188<br>Oshkosh, WI 54903-2188 |

End of Label Matrix
Mailable recipients    42
Bypassed recipients     0
Total                  42